CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on June 21, 2019**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19–14816–LMI**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

O.L. & Sons, Inc.
dba Foodway
13050 SW 26 Street
Miami, FL 33175

EIN: 36–4622888

## FINAL DECREE

The trustee, Drew M Dillworth, having filed a final report that the estate has been fully administered, is discharged and the case is closed.